FILED

01/11/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0536

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0536

IN THE MATTER OF:

B.N.,

A Youth in Need of Care.

## ORDER

Upon consideration of Appellant Mother's motion for an extension of time, affidavit in support, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant Mother is granted an extension of time to and including February 17, 2021, within which to prepare, file, and serve her Opening Brief on appeal.  No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 11 2021